No. 801. AMERICAN SURETY CO. *v.* STANDARD ASPHALT CO., INC. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. O. O. McCollum* and *Charles Cook Howell* for petitioner. *Mr. H. L. Anderson* for respondent.

No. 803. FEDERAL CRUDE OIL CO. *v.* YOUNT-LEE OIL CO. ET AL. April 29, 1935. Petition for writ of certiorari to the Court of Civil Appeals, 9th Supreme Judicial District, of Texas, denied. *Messrs. W. D. Gordon* and *Nelson Phillips* for petitioner. *Messrs. R. L. Batts, Will E. Orgain,* and *Beeman Strong* for respondents.

No. 814. ILLINOIS STOKER CO. *v.* K-B PULVERIZER CORP. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Henry Davis* and *A. M. FitzGerald* for petitioner. *Mr. Walter J. Rosston* for respondent.

No. 657. DAOS ET AL. *v.* PHILIPPINE ISLANDS. April 29, 1935. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. *Messrs. Silverio Daos* and *Carol King* for petitioners. *Messrs. Fred W. Llewellyn* and *Arthur W. Brown* for respondent.

No. 740. ONEIDA COMMUNITY, LTD. *v.* INTERNATIONAL SILVER CO. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Harry D. Nims* and *Minturn*